UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMESENA MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:03-CV-269 |
| v. | ) | (PHILLIPS/GUYTON) |
| | ) | |
| UNIVERSITY OF TENNESSEE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the undersigned pursuant to referral [Doc. 21] from District Judge Thomas Phillips for consideration and determination of the defendant's Motion to Compel and for Sanctions. [Doc. 16]. Plaintiff has not responded to defendant's motion.

Defendant's Motion to Compel [Doc. 16] is well taken and therefore, is **GRANTED**. Plaintiff shall provide all Rule 26 initial disclosures, shall respond to the defendant's interrogatories, and shall respond to the defendant's request for production on or before **June 8, 2005**. Failure to comply with this Order may result in sanctions, up to and including a recommendation that this case be dismissed. See Fed.R.Civ.P. 37(b)(2)(C).

**IT IS SO ORDERED.**

**ENTER:**

      s/ H. Bruce Guyton
United States Magistrate Judge