IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMESENA MCDERMOTT MILLER, ) | |
|     Plaintiff, ) | |
| v. ) | 3:03-cv-269 |
| ) | |
| THE UNIVERSITY OF TENNESSEE, ) | |
|     Defendant. ) | |

## ORDER OF DISMISSAL

The court recently issued two show cause orders to the plaintiff in regard to this matter on October 25, 2005, and November 21, 2005. In both show cause orders, the court forewarned the plaintiff that failure to timely comply with the orders of this court might result in the dismissal of this action for failure to prosecute. *See* Fed.R.Civ.P. 16(f) and 41(b). As plaintiff has not responded to either show cause order of the court, the undersigned finds that the plaintiff shows no desire to prosecute this case. Accordingly, the action is hereby **DISMISSED** for failure to prosecute. The clerk is **DIRECTED** to send a copy of this order to the plaintiff at her last known address.

    **IT IS SO ORDERED**.

                             **ENTER:**

                                            s/ Thomas W. Phillips
                                        **United States District Judge**